---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070
*Proposed Attorneys for Chapter 7 Trustee,*
*Andrea Dobin*

In Re:

ALBERT BRUCE CAMPBELL,

    Debtor.

Case No. 22-19604(CMG)

Honorable Christine M. Gravelle, U.S.B.J.

Chapter 7

# APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____Andrea Dobin_____, is the (check all that apply)

   ☒ Trustee:  ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

   ☐ Debtor:  ☐ Chap. 11  ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional  McManimon, Scotland & Baumann, LLC  to serve as (check all that apply):

   ☒ Attorney for:  ☒ Trustee  ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:  ☐ Trustee  ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐     Other Professional:

☐     Realtor      ☐     Appraiser      ☐     Special Counsel

☐     Auctioneer      ☐     Other (specify): _____

3. The employment of the professional is necessary because:

    The Trustee requires legal counsel to perform services during the pendency of the case.

4. The professional has been selected because:

    Of its considerable experience in the field of bankruptcy, debtor-creditor rights, and asset liquidation. The Trustee believes that McManimon, Scotland & Baumann, LLC is well qualified to represent her as counsel in this Chapter 7.

5. The professional services to be rendered are as follows:

    See attached Certification of Andrea Dobin.

6. The proposed arrangement for compensation is as follows:

    The retained professional will be required to submit an application for fees and upon completion of the services requested, to be approved by Order of the Court.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒     None

☐ Describe connection: _____

_____

_____

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

_____

_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

_____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: 1.20.2023                                              /s/ *Andrea Dobin*
                                                                    Signature of Applicant

4840-0495-9354, v. 1

3